IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODDY STRATIOU | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| JAMES SCHOPF | : | NO. 06-1392 |

O R D E R

**AND NOW, TO WIT:** this 15TH day of September, 2006, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                                            BY THE COURT:

                                            /s/ L. Felipe Restrepo
                                            L. FELIPE RESTREPO
                                            U.S. MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)
cc: Daniel Gallucci, Esq.
    John Livingood, Esq.